**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | | |
|---|---|---|
| **DAVID VALDEZ,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CAUSE NO. EP-24-CV-51-KC** |
| | § | |
| **LASALLE CORRECTIONS V, LLC,** | § | |
| | § | |
| **Defendant.** | § | |

**ORDER**

On this day, the Court considered the Motion for Admission Pro Hac Vice ("Motion"), ECF No. 3, filed by Attorney Brian J. Lawler, in the above-captioned case. Mr. Lawler moves the Court to grant his admission to represent Plaintiff David Valdez pro hac vice.

Pursuant to this Court's January 6, 2014, Standing Order Regarding Pro Hac Vice Fees, if an attorney not admitted to the bar of this Court who has previously appeared before this Court pro hac vice "wishes to practice in this Court in subsequent matters, then the full and complete admissions requirements as set forth in Local Court Rule AT-1 must be met."[1]

Mr. Lawler's Motion states that he has not appeared pro hac vice before this Court in a prior case. *See* Mot. 2. However, upon review, it appears that Mr. Lawler has appeared in the Waco Division of this District in one case: 6:06-cv-305-WSS. *See* Mot. Appear Pro Hac Vice, *Christmas v. Centex Television Ltd. P'ship*, No. 6:06-cv-305-WSS (W.D. Tex. Oct. 16, 2006), ECF No. 90. Accordingly, to represent Plaintiff in this case, Mr. Lawler must comply fully with the admissions requirements set forth in Local Court Rule AT-1.

---

[1] The Court's Order Regarding Pro Hac Vice Fees may be found at https://www.txwd.uscourts.gov/wp-content/uploads/Standing%20Orders/District/Order%20Regarding%20Pro%20Hac%20Vice%20Fees.pdf. Local Court Rule AT-1 may be found at https://www.txwd.uscourts.gov/court-information/lcr-attorney-rules/index.html.

It is therefore **ORDERED** that the Motion is **GRANTED** in part.  Mr. Lawler shall apply for admission to practice before the United States District Court for the Western District of Texas **on or before March 18, 2024**, and diligently pursue such application until he is either admitted to practice before this Court or denied admission.  Failure to apply and pursue admission will result in his removal from the case.  In the interim, Mr. Lawler may represent Plaintiff pro hac vice in the case until he is either admitted to practice before this Court, denied admission, or is removed for failure to comply with this Order.

**IT IS FURTHER ORDERED** that Mr. Lawler, if he has not already done so, shall immediately tender the amount of $100, made payable to Clerk, U.S. District Court, in compliance with Local Court Rule AT-1(f)(2).

**SO ORDERED**.

**SIGNED this 20th day of February, 2024.**

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE

2