**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **DAVID VALDEZ,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CAUSE NO. EP-24-CV-51-KC** |
| | § | |
| **LASALLE CORRECTIONS V, LLC,** | § | |
| | § | |
| **Defendant.** | § | |

**ORDER**

On this day, the Court considered the case. Pursuant to the Court's Standing Order on Pretrial Deadlines, the parties are required to confer for the purposes described in Federal Rule of Civil Procedure 26(f) within forty-five days after the appearance of a defendant. Defendant filed an Answer, ECF No. 8, on April 22, 2024. More than forty-five days have passed since that appearance, and the Court has received no notice of the parties' meeting.

Accordingly, the Court **ORDERS** the parties to meet, confer, and submit a joint report of parties' planning meeting as specified in the Court's Standing Order on Pretrial Deadlines **no later than June 21, 2024**.

**SO ORDERED.**

**SIGNED this 7th day of June, 2024.**

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE