## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

| | | |
|---|---|---|
| **DAVID VALDEZ,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CAUSE NO. EP-24-CV-51-KC** |
| | § | |
| **LASALLE CORRECTIONS V, LLC,** | § | |
| | § | |
| **Defendant.** | § | |

## SCHEDULING ORDER

The parties have submitted a Report of Parties' Planning Meeting, ECF No. 11.  The

Report of Parties' Planning Meeting is **ADOPTED** in part and the Court orders the following

deadlines:

| | |
|---|---|
| Deadline to File Motions to Join Additional Parties: | June 21, 2024 |
| Deadline to File Motions to Amend the Pleadings: | June 21, 2024 |
| Deadline to Designate Experts: | October 24, 2024 |
| Discovery Deadline: | December 30, 2024 |
| Dispositive Motions Deadline: | January 30, 2025 |
| Trial: | May 30, 2025 |

**IT IS FURTHER ORDERED** that the parties' proposed deadlines relating to specific

discovery deadlines (i.e., depositions of experts, etc.) set forth in the Report of Planning Meeting

are hereby adopted to the extent they are consistent with the deadlines above.  To the extent they

are inconsistent, the parties are ordered to meet, confer, and arrange new deadlines consistent

with the deadlines above.

**IT IS FURTHER ORDERED** that the parties shall participate in and complete a formal dispute resolution process by **no later than January 30, 2025**.

**IT IS FURTHER ORDERED** that the parties shall provide the Court with written notice listing the name and address of the dispute resolution provider and the date of the scheduled dispute resolution proceeding by **no later than October 30, 2024**.

**IT IS FURTHER ORDERED** that the parties submit to the Court a written report pursuant to Rule CV-88 of the Local Court Rules of the outcome of the alternative dispute resolution procedure ordered herein not later than three days after the conclusion of such procedure.

**SO ORDERED**.

**SIGNED this 24th day of June, 2024.**

KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE