**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **DAVID VALDEZ,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CAUSE NO. EP-24-CV-51-KC** |
| | § | |
| **LASALLE CORRECTIONS V, LLC,** | § | |
| | § | |
| **Defendant.** | § | |

## ORDER

On this day, the Court considered the Case.  On June 24, 2024, this Court entered a

Scheduling Order, ECF No. 12, requiring the parties to engage in an alternative dispute

resolution process by January 30, 2025.  Scheduling Order 2.  The Court further ordered the

parties to "provide the Court with written notice listing the name and address of the dispute

resolution provider and the date of the scheduled dispute resolution proceeding by no later than

October 30, 2024." *Id*.  The parties have not complied with the October 30, 2024, deadline.

It is therefore **ORDERED** that the parties submit written notice listing the name and

address of the dispute resolution provider and the date of the scheduled dispute resolution

proceeding **by no later than November 7, 2024**.

**SO ORDERED.**

SIGNED this 31st day of October, 2024.

KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE