**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | | |
|---|---|---|
| **DAVID VALDEZ,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CAUSE NO. EP-24-CV-51-KC** |
| | § | |
| **LASALLE CORRECTIONS V, LLC,** | § | |
| | § | |
| **Defendant.** | § | |

## ORDER

On this day, the Court considered the Case.  On June 24, 2024, this Court entered a Scheduling Order, ECF No. 12, requiring the parties to engage in an alternative dispute resolution process by January 30, 2025.  Scheduling Order 2.  The Court further ordered the parties to "provide the Court with written notice listing the name and address of the dispute resolution provider and the date of the scheduled dispute resolution proceeding by no later than October 30, 2024." *Id*.  When the parties failed to comply with the October 30 deadline, the Court entered an Order directing the parties to provide this information to the Court by November 7.  Oct. 31, 2024, Order 1, ECF No 14.  The parties have, again, failed to comply with this deadline.

It is therefore **ORDERED** that the parties submit written notice listing the name and address of their dispute resolution provider and the date of the scheduled dispute resolution proceeding **by no later than November 15, 2024**.

**IT IS FURTHER ORDERED** that the parties **SHOW CAUSE**, **on or before November 15, 2024**, for their failure to comply with the Court's prior orders.

**Failure to comply with this Order and show good cause may result in sanctions, including dismissal of the case or entry of default judgment.**

**SO ORDERED.**

SIGNED this 8th day of November, 2024.

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE