**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | | |
|---|---|---|
| **DAVID VALDEZ,** | § | |
| *Plaintiff* | § | |
| | § | |
| | § | **Civil Action No.  3:24-cv-00051-KC** |
| **v.** | § | |
| | § | |
| **LASALLE CORRECTIONS V, LLC,** | § | |
| *Defendant* | § | |

**RESPONSE TO COURT ORDER**

Plaintiff David Valdez ("Plaintiff" and/or "Valdez") in the above-numbered and entitled cause, responds to this Court's Orders regarding the names and locations of dispute resolution providers. Dkt. Nos. 14, 15. The Parties have resolved the case and causes of action and anticipate a Stipulation of Dismissal with Prejudice will be filed within thirty (30) days.

Respectfully submitted,

Brian J. Lawler
**PILOT LAW, P.C.**

  /s/Brian J. Lawler
California Bar No. 221488
4632 Mt. Gaywas Drive
San Diego, CA 92117
Telephone: (619) 255-2398
blawler@pilotlawcorp.com

Kevin Wilson (*pro hac vice*)
**KEVIN WILSON LAW PLLC**
Kentucky Bar No. 96888
3110 Horton Avenue
Louisville, KY 40220
Telephone: (502) 276-5050
kevin@klwilsonlaw.com

***ATTORNEYS FOR PLAINTIFF***

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certified that on November 8, 2024, a true and correct copy of the foregoing was served upon all counsel of record, via the Court's CM/ECF system.

*/s/ Brian J. Lawler*
Brian J. Lawler