**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | | |
|---|---|---|
| **DAVID VALDEZ,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CAUSE NO. EP-24-CV-51-KC** |
| | § | |
| **LASALLE CORRECTIONS V, LLC,** | § | |
| | § | |
| **Defendant.** | § | |

## ORDER

On this day, the Court considered the case.  On November 8, 2024, the Plaintiff filed a Response to Court Order ("Response"), ECF No. 16, informing the Court that the parties reached a settlement.  Accordingly, unless the parties submit final closing papers **on or before December 9, 2024**, the Court will dismiss the case without costs and without prejudice to the rights of any party to move within thirty days thereafter to reopen if settlement has not, in fact, been consummated.

**IT IS FURTHER ORDERED** that the Trial Preparation Order, ECF No. 13, and all deadlines set therein are **VACATED**.

**SO ORDERED**.

SIGNED this 14th day of November, 2024.

KATHLEEN  CARDONE
UNITED STATES DISTRICT JUDGE