**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | | |
|---|---|---|
| **DAVID VALDEZ,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CAUSE NO. EP-24-CV-51-KC** |
| | § | |
| **LASALLE CORRECTIONS V, LLC,** | § | |
| | § | |
| **Defendant.** | § | |

## ORDER

On this day, the Court considered the parties' Joint Stipulation of Dismissal with Prejudice ("Joint Stipulation"), ECF No. 18.  In accordance with Rule 41(a) of the Federal Rules of Civil Procedure and the terms of the parties' Joint Stipulation, the Court **ORDERS** that all of Plaintiff's claims in this case are **DISMISSED** with prejudice.

**IT IS FURTHER ORDERED** that all parties shall pay their own costs and fees.

The Clerk shall close the case.

**SO ORDERED**.

SIGNED this 3rd day of December, 2024.

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE